IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PLENTYOFFISH MEDIA, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:09-cv-234 (AJT/IDD) |
| <PLENTYMOREFISH.COM>, *in rem*, <PLENTYMOREDATING.COM>, *in rem*, <PLENTYMORESINGLEFISH.COM>, *in rem*, <PLENTYMORENAUGHTYFISH.COM>, *in rem*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Consent Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint, IT IS HEREBY ORDERED:

The time for Plentymorefish.com, Plentymoredating.com, Plentymoresinglefish.com and Plentymorenaughtyfish.com to file an answer or otherwise respond to the Complaint is extended and reset to July 23, 2009.

/s/ Anthony J. Trenga
United States District Judge
United States District Court Judge