**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| PLENTYOFFISH MEDIA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:09-cv-234 (AJT/IDD) |
| | ) |
| <PLENTYMOREFISH.COM>, *in rem*, | ) |
| <PLENTYMOREDATING.COM>, *in rem*, | ) |
| <PLENTYMORESINGLEFISH.COM>, *in rem*, | ) |
| <PLENTYMORENAUGHTYFISH.COM>, *in rem*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on the 23d day of July, 2009, I caused a copy of the Stipulation, which was filed in paper form on this date in accordance with the Court's exemptions from electronic filing, to be delivered by U.S. mail to the following:

David Ludwig
Attorney for Plaintiff
DUNLAP, GRUBB & WEAVER, PLLC
199 Liberty Street, SW
Leesburg, VA 20175
dludwig@dglegal.com

Christopher S. Hall
Attorney for Plaintiff (*pro hac vice*)
CHRISTOPHER HALL & ASSOCIATES
1848 N. Mohawk Street, Suite 2
Chicago, IL 60614

      /s/
Jeffrey R. Snay
VA Bar Number 73429
Attorney for the domain names
Young & Thompson
209 Madison Street, Suite 500,
Alexandria, VA 22314
703-521-2297
703-685-0573 (fax)
jsnay@young-thompson.com

NOTICE OF CORRECTED CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

      I hereby certify that on the 23d day of July, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:


David Ludwig
Attorney for Plaintiff
DUNLAP, GRUBB & WEAVER, PLLC
199 Liberty Street, SW
Leesburg, VA 20175
dludwig@dglegal.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Christopher S. Hall
Attorney for Plaintiff (*pro hac vice*)
CHRISTOPHER HALL & ASSOCIATES
1848 N. Mohawk Street, Suite 2
Chicago, IL 60614

                                                  /s/

                                            Jeffrey R. Snay
                                            Va Bar Number 73429
                                            Attorney for the domain names
                                            Young & Thompson
                                            209 Madison Street, Suite 500,
                                            Alexandria, VA 22314
                                            703-521-2297
                                            703-685-0573 (fax)
                                            jsnay@young-thompson.com