# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| PLENTYOFFISH MEDIA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> <PLENTYMOREFISH.COM>, *in rem*, ) <br> <PLENTYMOREDATING.COM>, *in rem*, ) <br> <PLENTYMORESINGLEFISH.COM>, *in rem*, ) <br> <PLENTYMORENAUGHTYFISH.COM>, ) <br> *in rem*, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No.: 1:09-cv-234 (AJT/IDD) |

## STIPULATION

Plaintiff, Plentyoffish Media, Inc., and Defendants, Plentymorefish.com, Plentymoredating.com, Plentymoresinglefish.com and Plentymorenaughtyfish.com, through counsel, hereby stipulate as follows:

1. Plaintiff, Plentyoffish Media, Inc., shall file a Complaint against Defendants in the Federal District Court in the Northern District of Illinois.

2. Plaintiff, Plentyoffish Media, Inc., shall voluntarily dismiss this action within 10 days of the filing of a substantive response and establishment of personal jurisdiction in the above newly contemplated action to be filed in the Federal District Court in the Northern District of Illinois.

1

STIPULATION

IT IS SO ORDERED this 27th day of July, 2009, at Alexandria, Virgina.

/s/
Anthony J. Trenga
United States District Judge

Dated: July 23, 2009

David Ludwig
VA Bar No. 73157
Dunlap Grubb & Weaver PC
199 Liberty St SW
Leesburg, VA 20175-2715
703-777-7319
703-777-3656 (fax)
dludwig@dglegal.com

*Attorney for Plentyoffish Media, Inc.*

Jeffrey R. Snay
VA Bar No. 73429
Young & Thompson
209 Madison Street, Suite 500
Alexandria, VA 22314
703-521-2297
703-685-0573 (fax)
jsnay@young-thompson.com

*Attorney for the domain names*

2

STIPULATION

# CERTIFICATE OF SERVICE

I hereby certify that on the 23d day of July, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Ludwig
Attorney for Plaintiff
DUNLAP, GRUBB & WEAVER, PLLC
199 Liberty Street, SW
Leesburg, VA 20175
dludwig@dglegal.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Christopher S. Hall
Attorney for Plaintiff (*pro hac vice*)
CHRISTOPHER HALL & ASSOCIATES
1848 N. Mohawk Street, Suite 2
Chicago, IL 60614

Jeffrey R. Snay
Va Bar Number 73429
Attorney for the domain names
Young & Thompson
209 Madison Street, Suite 500,
Alexandria, VA 22314
703-521-2297
703-685-0573 (fax)
jsnay@young-thompson.com

3

STIPULATION