IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PLENTYOFFISH MEDIA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No.: 1:09-cv-234 (AJT/IDD) |
| ) | |
| <PLENTYMOREFISH.COM>, *in rem*, ) | |
| <PLENTYMOREDATING.COM>, *in rem*, ) | |
| <PLENTYMORESINGLEFISH.COM>, *in rem*, ) | |
| <PLENTYMORENAUGHTYFISH.COM>, *in rem*, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER TO SUSPEND PROCEEDINGS

THIS CAUSE having come before the Court, the parties being in agreement, and the Court being duly advised in the premises, IT IS HEREBY ORDERED THAT:

1. This matter is continued until September _18_, 2009 for case status.

2. Plaintiff, Plentyoffish Media, Inc., has agreed to file a cause of action in the Federal District Court in the Northern District of Illinois for the convenience of the parties.

3. Owner of Defendant Web sites Plentymorefish.com et al, Plentymore, LLP (formerly AT New Media, Ltd.) has agreed to accept service of process and to consent to personal jurisdiction in this matter in the above newly contemplated action to be filed in the Federal District Court in the Northern District of Illinois.

1

AGREED ORDER TO SUSPEND PROCEEDINGS

4. This action in this Eastern District of Virginia shall be suspended until such time as a substantive response is entered in the Northern District of Illinois action and personal jurisdiction established.

5. Plaintiff, Plentyoffish Media, Inc., shall voluntarily dismiss this action within 10 days of the filing of a substantive response and establishment of personal jurisdiction in the Northern District of Illinois.

/s/ July 27, 2009
Anthony J. Trenga
United States District Court Judge

Agreed:

David Ludwig
VA Bar No. 73157
Dunlap Grubb & Weaver PC
199 Liberty St SW
Leesburg, VA 20175-2715
703-777-7319
703-777-3656 (fax)
dludwig@dglegal.com

*Attorney for Plentyoffish Media, Inc.*

Jeffrey R. Snay
VA Bar No. 73429
Young & Thompson
209 Madison Street, Suite 500
Alexandria, VA 22314
703-521-2297
703-685-0573 (fax)
jsnay@young-thompson.com

*Attorney for the domain names*

2

AGREED ORDER TO SUSPEND PROCEEDINGS

## CERTIFICATE OF SERVICE

I hereby certify that on the 23d day of July, 2009, I will cause the foregoing to be delivered by U.S. mail to the following:

David Ludwig
Attorney for Plaintiff
DUNLAP, GRUBB & WEAVER, PLLC
199 Liberty Street, SW
Leesburg, VA 20175
dludwig@dglegal.com


Christopher S. Hall
Attorney for Plaintiff (*pro hac vice*)
CHRISTOPHER HALL & ASSOCIATES
1848 N. Mohawk Street, Suite 2
Chicago, IL 60614

_____
Jeffrey R. Snay
VA Bar Number 73429
Attorney for the domain names
Young & Thompson
209 Madison Street, Suite 500,
Alexandria, VA 22314
703-521-2297
703-685-0573 (fax)
jsnay@young-thompson.com

3

AGREED ORDER TO SUSPEND PROCEEDINGS