IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PLENTYOFFISH MEDIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:09-cv-234 (AJT/IDD) |
| | ) | |
| <PLENTYMOREFISH.COM>, *in rem*, | ) | |
| <PLENTYMOREDATING.COM>, *in rem*, | ) | |
| <PLENTYMORESINGLEFISH.COM>, | ) | |
| *in rem*, | ) | |
| <PLENTYMORENAUGHTYFISH.COM>, | ) | |
| *in rem*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

This matter is before the Court on Defendants' Consent Motion for Continuance of Status Conference (Doc. No. 19); upon consideration of which, it is hereby

ORDERED that Defendants' Consent Motion for Continuance of Status Conference (Doc. No. 19) be, and the same hereby is, GRANTED; and it is further

ORDERED that the status conference scheduled on Friday, September 18, 2009 at 10:00 a.m. be, and the same hereby is, CONTINUED to Friday, October 23, 2009 at 10:00 a.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 11, 2009